RECEIVED
APR 24 2003
U S DISTRICT COURT
ASTERN DISTRICT OF MO

FILED
APR 25 2003
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEBE STORES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| THE MAY DEPARTMENT STORES | ) No: 4:02CV001254 CDP |
| INTERNATIONAL, INC. d/b/a MAY | ) |
| DEPARTMENT STORES COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## CONSENT JUDGMENT

Plaintiff bebe stores, inc. ("bebe"), and Defendant May Department Stores International, Inc. ("May Company"), hereby consent to the entry of the following judgment as part of a negotiated settlement of this action. The parties consent and agree as follows:

1. Plaintiff and/or its corporate affiliates own the federally registered trademark BEBE (Stylized), U.S. Reg. No. 1,652,462. Said registration is valid and enforceable. In addition, bebe and/or its corporate affiliates own valid and enforceable common law trademark rights in the BEBE mark for women's clothing.

2. May Company, and any entity controlled by, controlling, or under common control with May Company, are permanently enjoined from using the BE mark in any form or design, or any other mark confusingly similar to BEBE, in connection with women's clothing or related goods.

3. Judgment is entered in favor of bebe and against May Company on bebe's trademark claims and on May Company's Counterclaims.

4. All other claims are dismissed without prejudice.



5. Each party shall bear its own attorney's fees and costs.

SO ORDERED

Date: 4/25/03

_____
Honorable Catherine D. Perry
Judge, U.S. District Court

Submitted by:

FOX GALVIN LLC

_____ by ABM
Deirdre Gallagher #3171
One South Memorial Drive
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (fax)

ARMSTRONG TEASDALE LLP

_____
Andrew B. Mayfield #3779
One Metropolitan Square, Suite 2600
St. Louis, MO 63102
(314) 621-5070
(314) 621-5065 (fax)

ATTORNEYS FOR PLAINTIFF

BLACKWELL SANDERS PEPER MARTIN

_____
Michael A. Kahn #3506
Michael R. Annis #59616
720 Olive Street, 24th Floor
St. Louis, MO 63101
(314) 345-6000
(314) 345-6060 (fax)

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 04/25/03 by bkirklan
                4:02cv1254     Bebe Stores, Inc. vs May Dept Stores Intl

15:1114 Trademark Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120
PATENT/TRADEMARK FORM TO:
                      COMMISSIONER OF PATENTS & TRAKEMARKS
                      WASHINGTON, DC   20231

```
Michael Annis     -  59616        Fax: 314-345-6060
Michael Clithero  -   2829        Fax: 314-345-6060
Ronald Dolan      - 102077        Fax: 314-342-3066
Deirdre Gallagher -   3171        Fax: 314-588-1965
Geoffrey Gerber   -  94478        Fax: 314-345-6060
Michael Kahn      -   3506        Fax: 314-345-6060
Jeffrey Kass      -  60672        Fax: 314-621-5065
Andrew Mayfield   -   3779        Fax: 314-621-5065
Alan Nemes        -   3933        Fax: 314-621-4834
John Quinn        -   4110        Fax: 314-621-5065
```

SCANNED & FAXED BY:
APR 25 2003
SAU